1  REESE RICHMAN LLP
   MICHAEL R. REESE, State Bar No. 206773
2  875 Avenue of the Americas, 18th Floor
   New York, New York 10001
3  Tel: 212.643.0500
   Fax: 212.253.4272
4  E-mail: michael@reeserichman.com

5  Attorneys for Plaintiffs

6  MORGAN, LEWIS & BOCKIUS LLP
   FRANKLIN BROCKWAY GOWDY, State Bar No. 047918
7  JEREMY S. GLADSTONE, State Bar No. 257972
   One Market, Spear Street Tower
8  San Francisco, CA  94105-1126
   Tel: 415.442.1000
9  Fax: 415.442.1001
   E-mail: fgowdy@morganlewis.com
10 E-mail: jgladstone@morganlewis.com

11 Attorneys for Defendants
   Mortgage Electronic Registration Systems, Inc. and
12 MERSCORP, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MERCEDES PERLAS and LEN VILLACORTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC.,<br><br>Defendants. | No. C 09-04500-CRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT [L.R. 6-1]**<br><br>Judge:   Hon. Charles R. Breyer<br>Dept.:   Courtroom 8, 19th Floor |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT
No. C 09-04500-CRB

**WHEREAS**, on September 23, 2009, plaintiffs Merced Perlas and Len Villacorta (together with plaintiff Merced Perlas, "Plaintiffs"), on behalf of themselves and others similarly situated, filed their Class Action Complaint (the "Complaint") against defendants Mortgage Electronic Registration Systems, Inc., and MERSCORP, Inc. (together with defendants Mortgage Electronic Registration Systems, Inc., "Defendants");

**WHEREAS**, on October 29, 2009, Defendants received the Complaint;

**WHEREAS**, the deadline for Defendants to file and serve their respective responses to the Complaint is November 18, 2009.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

Pursuant to Local Rule 6-1, the deadline for Defendants to file and serve their respective responses to the Complaint shall be December 18, 2009.

**IT IS SO AGREED AND STIPULATED**.

Dated: November 11, 2009          REESE RICHMAN LLP

By /s/ Michael R. Reese
Michael R. Reese
Attorneys for Plaintiffs

Dated: November 11, 2009          MORGAN LEWIS & BOCKIUS LLP

By /s/ Franklin Brockway Gowdy
Franklin Brockway Gowdy
Attorneys for Defendants
Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT
No. C 09-04500-CRB

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jeremy S. Gladstone, am the ECF User whose ID and password is being used to file this STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified above has concurred in this filing. Executed this 11th day of November at San Francisco, California.

          /s/ Jeremy S. Gladstone
          Jeremy S. Gladstone

MORGAN, LEWIS & BOCKIUS LLP

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT
No. C 09-04500-CRB