REESE RICHMAN LLP
MICHAEL R. REESE, State Bar No. 206773
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel: 212.643.0500
Fax: 212.253.4272
E-mail: michael@reeserichman.com

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, State Bar No. 047918
JEREMY S. GLADSTONE, State Bar No. 257972
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: fgowdy@morganlewis.com
E-mail: jgladstone@morganlewis.com

Attorneys for Defendants
Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MERCEDES PERLAS and LEN VILLACORTA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC.,<br><br>    Defendants. | No. C 09-04500-CRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT [L.R. 6-1]**<br><br>Judge:    Hon. Charles R. Breyer<br>Dept.:    Courtroom 8, 19th Floor |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1

STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT
No. C 09-04500-CRB

1      **WHEREAS**, on September 23, 2009, plaintiffs Merced Perlas and Len Villacorta
2 (together with plaintiff Merced Perlas, "Plaintiffs"), on behalf of themselves and others similarly
3 situated, filed their Class Action Complaint (the "Complaint") against defendants Mortgage
4 Electronic Registration Systems, Inc., and MERSCORP, Inc. (together with defendants Mortgage
5 Electronic Registration Systems, Inc., "Defendants");

6      **WHEREAS**, on October 29, 2009, Defendants received the Complaint;

7      **WHEREAS**, the deadline for Defendants to file and serve their respective responses to
8 the Complaint is November 18, 2009.

9      **THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

10      Pursuant to Local Rule 6-1, the deadline for Defendants to file and serve their
11 respective responses to the Complaint shall be December 18, 2009.

12      **IT IS SO AGREED AND STIPULATED**.

13 Dated: November 11, 2009      REESE RICHMAN LLP

15      By /s/ Michael R. Reese
16      Michael R. Reese
     Attorneys for Plaintiffs

17 Dated: November 11, 2009      MORGAN LEWIS & BOCKIUS LLP

19      By /s/ Franklin Brockway Gowdy
20      Franklin Brockway Gowdy
     Attorneys for Defendants
21      Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.

25 Signed: Nov. 12, 2009

**IT IS SO ORDERED**
Judge Charles R. Breyer
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT
No. C 09-04500-CRB

2