REESE RICHMAN LLP
MICHAEL R. REESE, State Bar No. 206773
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel: 212.643.0500
Fax: 212.253.4272
E-mail: michael@reeserichman.com

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, State Bar No. 047918
JEREMY S. GLADSTONE, State Bar No. 257972
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: fgowdy@morganlewis.com

ROBERT M. BROCHIN (*Pro Hac Vice* Pending)
BENJAMIN WEINBERG (*Pro Hac Vice* Pending)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
Tel: 305.415.3456
Fax: 305.415.3001

Attorneys for Defendants Mortgage Electronic Registration
Systems, Inc. and MERSCORP, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MERCEDES PERLAS and LEN VILLACORTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC.,<br><br>Defendants. | No. C 09-04500-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: INITIAL CASE MANAGEMENT CONFERENCE [FRCP 26 & L.R. 6-2]**<br><br>Judge: Hon. Charles R. Breyer<br>Dept.: Courtroom 8, 19th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/64136817.1

1

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT
CONFERENCE (No. C 09-04500-CRB)

1     **WHEREAS**, on September 23, 2009, plaintiffs Merced Perlas and Len Villacorta
2 (together with plaintiff Merced Perlas, "Plaintiffs"), on behalf of themselves and others similarly
3 situated, filed their Class Action Complaint (the "Complaint") against defendants Mortgage
4 Electronic Registration Systems, Inc., and MERSCORP, Inc. (together with defendant Mortgage
5 Electronic Registration Systems, Inc., "MERS");
6     **WHEREAS**, on September 23, 2009, the Court entered a case management order (the
7 "CMC Order") whereby it ordered, among other things, that the initial case management
8 conference shall be held January 15, 2010 at 8:30 a.m.;
9     **WHEREAS**, on November 13, 2009, the Court ordered that the deadline for MERS to
10 file and serve its response to the Complaint was December 18, 2009.
11     **THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**
12     Pursuant to Local Rule 6-2, the initial case management conference shall be held
13 ~~January 29, 2010 at 8:30 a.m.~~ February 5, 2010 at 10:00 a.m..
14     **IT IS SO AGREED AND STIPULATED**.

Dated: December 28, 2009            REESE RICHMAN LLP

By /s/ Michael R. Reese
    Michael R. Reese
    Attorneys for Plaintiffs

Dated: December 28, 2009            MORGAN LEWIS & BOCKIUS LLP

By /s/ Franklin Brockway Gowdy
    Franklin Brockway Gowdy
    Attorneys for Defendants
    Mortgage Electronic Registration Systems,
    Inc. and MERSCORP, Inc.

IT IS SO ORDERED.

DATED: Jan. 5, 2010 , ~~2009~~

The Honorable Charles R. Breyer
U.S.

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT
CONFERENCE (No. C 09-04500-CRB)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/64136817.1

2