REESE RICHMAN LLP
MICHAEL R. REESE, State Bar No. 206773
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel: 212.643.0500
Fax: 212.253.4272
E-mail: michael@reeserichman.com

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, State Bar No. 047918
JEREMY S. GLADSTONE, State Bar No. 257972
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: fgowdy@morganlewis.com

ROBERT M. BROCHIN (*Pro Hac Vice* Pending)
BENJAMIN WEINBERG (*Pro Hac Vice* Pending)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
Tel: 305.415.3456
Fax: 305.415.3001

Attorneys for Defendants Mortgage Electronic Registration
Systems, Inc. and MERSCORP, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MERCEDES PERLAS and LEN VILLACORTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC.,<br><br>Defendants. | No. C 09-04500-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: INITIAL CASE MANAGEMENT CONFERENCE [FRCP 26 & L.R. 6-2]**<br><br>Judge:  Hon. Charles R. Breyer<br>Dept.:  Courtroom 8, 19th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/64136817.1         1         STIPULATION AND [PROPOSED] ORDER
RE: INITIAL CASE MANAGEMENT
CONFERENCE (No. C 09-04500-CRB)

1   **WHEREAS**, on September 23, 2009, plaintiffs Merced Perlas and Len Villacorta (together with plaintiff Merced Perlas, "Plaintiffs"), on behalf of themselves and others similarly situated, filed their Class Action Complaint (the "Complaint") against defendants Mortgage Electronic Registration Systems, Inc., and MERSCORP, Inc. (together with defendant Mortgage Electronic Registration Systems, Inc., "MERS");

**WHEREAS**, on September 23, 2009, the Court entered a case management order (the "CMC Order") whereby it ordered, among other things, that the initial case management conference shall be held January 15, 2010 at 8:30 a.m.;

**WHEREAS**, on November 13, 2009, the Court ordered that the deadline for MERS to file and serve its response to the Complaint was December 18, 2009.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

Pursuant to Local Rule 6-2, the initial case management conference shall be held ~~January 29, 2010 at 8:30 a.m.~~ February 5, 2010 at 10:00 a.m..

**IT IS SO AGREED AND STIPULATED**.

Dated: December 28, 2009         REESE RICHMAN LLP

                                 By /s/ Michael R. Reese
                                    Michael R. Reese
                                    Attorneys for Plaintiffs

Dated: December 28, 2009         MORGAN LEWIS & BOCKIUS LLP

                                 By /s/ Franklin Brockway Gowdy
                                    Franklin Brockway Gowdy
                                    Attorneys for Defendants
                                    Mortgage Electronic Registration Systems,
                                    Inc. and MERSCORP, Inc.

IT IS SO ORDERED.

DATED: Jan. 5, 2010 , ~~2009~~    _____
                                  The Honorable Charles R. Breyer
                                  U.S. District Court Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

STIPULATION AND [PROPOSED] ORDER RE: INITIAL CASE MANAGEMENT CONFERENCE (No. C 09-04500-CRB)