Michael R. Reese (State Bar No. 206773)
michael@reeserichman.com
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Attorneys for Plaintiffs*

Robert M. Brochin (Admitted *Pro Hac Vice*)
rbrochin@morganlewis.com
Benjamin Weinberg (Admitted *Pro Hac Vice*)
bweinberg@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
5300 Wachovia Financial Center
200 S. Biscayne Boulevard
Miami, Florida 33131-2339
Telephone: (305) 415-3000
Facsimile: (305) 415-3001

Franklin B. Gowdy (State Bar No. 047918)
fgowdy@morganlewis.com
Jeremy S. Gladstone (State Bar No. 257972)
jgladstone@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES PERLAS and LEN VILLACORTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC.<br><br>Defendants. | Case No. 09-cv-04500-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ADJOURNING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE FROM FEBRUARY 5, 2010 TO FEBRUARY 26, 2010** |

Plaintiffs Mercedes Perlas and Len Villacorta ("Plaintiffs") and defendants Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. ("Defendants")(collectively "Parties") hereby stipulate as follows:

1. WHEREAS, Defendants filed a Motion to Dismiss on December 18, 2009 (Dkt. 12);
2. WHEREAS, Defendants noticed the hearing for their Motion to Dismiss for February 5, 2010;
3. WHEREAS, on January 6, 2010, the Court rescheduled the case management conference from January 15, 2010 to February 5, 2010 (Dkt. 24);
4. WHEREAS, counsel for Plaintiffs is not available on February 5, 2010, as he has a hearing on a motion to dismiss that day in the Eastern District of New York.

THEREFORE, the Parties hereby agree, with permission of the Court, that: (1) the hearing on Defendants' Motion to Dismiss is adjourned from February 5, 2010 to February 26, 2010 at 10:00 a.m. and (2) the case management conference scheduled for February 5, 2010 is hereby adjourned to February 26, 2010, to occur after the hearing on the Defendants' Motion to Dismiss.

SO STIPULATED TO BY:

| | |
|---|---|
| **REESE RICHMAN LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By:/s/ *Michael R. Reese* | By: /s/ *Robert M. Brochin* |
| Michael R. Reese | Robert M. Brochin |
| 875 Avenue of the Americas, 18th Floor | 5300 Wachovia Financial Center |
| New York, New York 10001 | 200 S. Biscayne Boulevard |
| Telephone: (212) 643-0500 | Miami, FL 33131-2339 |
| Facsimile: (212) 253-4272 | Telephone: (305) 415-3000 |
| Email: michael@reeserichman.com | Facsimile: (305) 415-3001 |
| | E-mail: rbrochin@morganlewis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**SO ORDERED.**

**Dated: January 12, 2010**

_____
The Honorable Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA