1  Michael R. Reese (State Bar No. 206773)
   michael@reeserichman.com
2  **REESE RICHMAN LLP**
   875 Avenue of the Americas, 18th Floor
3  New York, New York 10001
   Telephone:  (212) 643-0500
4  Facsimile:   (212) 253-4272

5  *Attorneys for Plaintiffs*

6  Robert M. Brochin (Admitted *Pro Hac Vice*)
   rbrochin@morganlewis.com
7  Benjamin Weinberg (Admitted *Pro Hac Vice*)
   bweinberg@morganlewis.com
8  **MORGAN, LEWIS & BOCKIUS LLP**
   5300 Wachovia Financial Center
9  200 S. Biscayne Boulevard
   Miami, Florida 33131-2339
10 Telephone:  (305) 415-3000
   Facsimile:   (305) 415-3001
11
   Franklin B. Gowdy (State Bar No. 047918)
12 fgowdy@morganlewis.com
   Jeremy S. Gladstone (State Bar No. 257972)
13 jgladstone@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
14 One Market, Spear Street Tower
   San Francisco, CA  94105-1126
15 Telephone: 415.442.1000
   Facsimile:  415.442.1001
16
   *Attorneys for Defendants*
17

18               UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO DIVISION

21 

| | |
|---|---|
| MERCEDES PERLAS and LEN VILLACORTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC.<br><br>Defendants. | Case No. 09-cv-04500-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ADJOURNING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE FROM FEBRUARY 5, 2010 TO FEBRUARY 26, 2010** |

Plaintiffs Mercedes Perlas and Len Villacorta ("Plaintiffs") and defendants Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. ("Defendants")(collectively "Parties") hereby stipulate as follows:

1. WHEREAS, Defendants filed a Motion to Dismiss on December 18, 2009 (Dkt. 12);

2. WHEREAS, Defendants noticed the hearing for their Motion to Dismiss for February 5, 2010;

3. WHEREAS, on January 6, 2010, the Court rescheduled the case management conference from January 15, 2010 to February 5, 2010 (Dkt. 24);

4. WHEREAS, counsel for Plaintiffs is not available on February 5, 2010, as he has a hearing on a motion to dismiss that day in the Eastern District of New York.

THEREFORE, the Parties hereby agree, with permission of the Court, that: (1) the hearing on Defendants' Motion to Dismiss is adjourned from February 5, 2010 to February 26, 2010 at 10:00 a.m. and (2) the case management conference scheduled for February 5, 2010 is hereby adjourned to February 26, 2010, to occur after the hearing on the Defendants' Motion to Dismiss.

SO STIPULATED TO BY:

**REESE RICHMAN LLP**

By:/s/ *Michael R. Reese*
  Michael R. Reese
  875 Avenue of the Americas, 18th Floor
  New York, New York  10001
  Telephone:  (212) 643-0500
  Facsimile:  (212) 253-4272
  Email: michael@reeserichman.com

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Robert M. Brochin*
  Robert M. Brochin
  5300 Wachovia Financial Center
  200 S. Biscayne Boulevard
  Miami, FL 33131-2339
  Telephone:  (305) 415-3000
  Facsimile:  (305) 415-3001
  E-mail: rbrochin@morganlewis.com

*Attorneys for Defendants*

**SO ORDERED.**

**Dated:  January 12, 2010**

_____
The Honorable Charles R. Breyer
United States District Judge



- 1 -