1  Michael R. Reese (State Bar No. 206773)
   michael@reeserichman.com
2  **REESE RICHMAN LLP**
   875 Avenue of the Americas, 18th Floor
3  New York, New York 10001
   Telephone: (212) 643-0500
4  Facsimile: (212) 253-4272

5  Mitchell M. Breit (Admitted *Pro Hac Vice*)
   Jayne Conroy (Admitted *Pro Hac Vice*)
6  **HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
   112 Madison Avenue
7  New York, New York 1001
   Telephone: (212) 784-6400
8  Facsimile: (212) 213-5949

9  *Attorneys for Plaintiffs*

10 Robert M. Brochin (Admitted *Pro Hac Vice*)         Franklin B. Gowdy (State Bar No. 047918)
   rbrochin@morganlewis.com                            fgowdy@morganlewis.com
11 Benjamin Weinberg (Admitted *Pro Hac Vice*)         Jeremy S. Gladstone (State Bar No. 257972)
   bweinberg@morganlewis.com                           jgladstone@morganlewis.com
12 **MORGAN, LEWIS & BOCKIUS LLP**                     **MORGAN, LEWIS & BOCKIUS LLP**
   5300 Wachovia Financial Center                      One Market, Spear Street Tower
13 200 S. Biscayne Boulevard                           San Francisco, California 94105-1126
   Miami, Florida 33131-2339                           Telephone: (415) 442-1000
14 Telephone: (305) 415-3000                           Facsimile: (415) 442-1001
   Facsimile: (305) 415-3001
15                                                     *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCEDES PERLAS and LEN VILLACORTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC.<br><br>Defendants. | Case No. 09-cv-04500-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ADJOURNING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE FROM FEBRUARY 26, 2010 TO MARCH 12, 2010** |

DB1/64297398. 1

| | |
|---|---|
| 1 | Plaintiffs Mercedes Perlas and Len Villacorta ("Plaintiffs") and Defendants Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. ("Defendants") (collectively "Parties") hereby stipulate as follows: |
| 2 | |
| 3 | |

1. WHEREAS, Defendants filed a Motion to Dismiss on December 18, 2009 (Dkt. 12);

2. WHEREAS, Defendants noticed the hearing for their Motion to Dismiss for February 5, 2010;

3. WHEREAS, on January 6, 2010, the Court rescheduled the case management conference from January 15, 2010 to February 5, 2010 (Dkt. 24), and again at the Plaintiffs' request to February 26, 2010 (Dkt. 29); and,

4. WHEREAS, a scheduling conflict has arisen on February 26, 2010 for newly admitted *pro hac vice* co-counsel for Plaintiffs;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

- 1 -

DB1/64297398.1

THEREFORE, the Parties hereby agree, with permission of the Court, that: (1) the hearing on Defendants' Motion to Dismiss is adjourned from February 26, 2010 to March 12, 2010 at 10:00 a.m. and (2) the case management conference scheduled for February 26, 2010 is hereby adjourned to March 12, 2010, to occur after the hearing on the Defendants' Motion to Dismiss.

IT IS SO STIPULATED TO BY:

**REESE RICHMAN LLP**

By: */s/Michael R. Reese*
    Michael R. Reese
    875 Avenue of the Americas, 18th Floor
    New York, New York 10001
    Telephone: (212) 643-0500
    Facsimile: (212) 253-4272
    Email: michael@reeserichman.com

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jeremy S. Gladstone*
    Franklin B. Gowdy (State Bar No. 047918)
    Jeremy S. Gladstone (State Bar No. 257972)
    **MORGAN, LEWIS & BOCKIUS LLP**
    One Market, Spear Street Tower
    San Francisco, CA 94105-1126

    - and -

    Robert M. Brochin
    **MORGAN, LEWIS & BOCKIUS LLP**
    5300 Wachovia Financial Center
    200 S. Biscayne Boulevard
    Miami, Florida 33131-2339

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** ~~January~~ February 2, 2010

_____
**The Honorable Charles R. Breyer
United States District Judge**



- 2 -