**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES PERLAS, et al., | No. C 09-04500 CRB |
| Plaintiffs, | **ORDER DISMISSING WITH PREJUDICE** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | |
| Defendants. / | |

Plaintiffs' First Amended Complaint was dismissed without prejudice by this Court on August 6, 2010. Pursuant to a subsequent order, Plaintiffs were granted until August 27 to file a Second Amended Complaint. Plaintiffs have failed to meet that deadline. Accordingly, Plaintiffs' case is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: September 15, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4500\Order Dismissing with prejudice.wpd